# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ESTATE OF WILLIAM TURNER, et al.,

     Plaintiffs,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

     Defendants.

Case No. 1:25-cv-01551-JLT-SAB

ORDER RE STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE AN AMENDED COMPLAINT

(ECF No. 5)

Before the Court is the parties' stipulation to extend the time in which Plaintiffs may file an amended complaint. (ECF No. 5.) For good cause shown, the Court hereby approves the stipulation and ORDERS that Plaintiffs shall file and serve their amended complaint within twenty-eight (28) days of this order. Defendants are relieved of their obligation to respond to the currently operative complaint, ECF No. 1. Any further request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **January 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge