# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ESTATE OF WILLIAM TURNER, *by and through successors in interest, William Turner Jr. and Vanessa Bowler*, et al.,

Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

Defendants.

Case No.  1:25-cv-01551-JLT-SAB

ORDER REQUIRING PLAINTIFFS TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE

**DEADLINE: FEBRUARY 13, 2026**

On November 12, 2025, Plaintiffs commenced this action.  (ECF No. 1.)  On January 20, 2026, the Court approved a stipulation between the parties, allowing Plaintiffs to file an amended complaint by February 17, 2026.  (ECF No. 6.)  However, the Court observes that on February 3, 2026, Plaintiffs filed six summons returned executed, indicating that the original complaint has been served—not an amended complaint (nor is there an amended complaint filed on the docket).  (ECF Nos. 7-13.)  Given this ambiguity, the Court will require Plaintiffs to file a status report regarding the status of the amended complaint and whether the Court should continue the initial scheduling conference, currently scheduled for March 3, 2026.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that **on or before February 13, 2026**, Plaintiffs shall file a status report indicating the status of the amended complaint (or whether Plaintiffs intend on relying on the original complaint); whether Plaintiffs are prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for the filing and subsequent service of an amended complaint.

IT IS SO ORDERED.

Dated:   **February 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2