# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WILLIAM TURNER, *by and through successors in interest, William Turner Jr. and Vanessa Bowler*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>Defendants. | Case No. 1:25-cv-01551-JLT-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 17) |

On February 6, 2026, the Court directed Plaintiffs to file a status report regarding the filing of the anticipated first amended complaint and the impact of that filing on the initial scheduling conference, currently scheduled for March 3, 2026. (ECF No. 14.) Plaintiffs timely complied and stated that, at that time, they did not see a reason to continue the initial scheduling conference. (ECF No. 15.) On February 17, 2026, Plaintiffs filed their first amended complaint. (ECF No. 16.) Later that day, Defendants filed a response to Plaintiffs' status report and first amended complaint, requesting that the Court continue the initial scheduling conference because, in part, upon review of the first amended complaint, Defendants anticipate filing a dispositive motion. (ECF No. 17.)

In light of the fact that Plaintiffs only just filed their first amended complaint on February 17, 2026, as well as Defendants' response indicating that they anticipate filing a dispositive

motion, the Court hereby CONTINUES the initial scheduling conference to **April 23, 2026, at 10:30 a.m.** A joint scheduling report, carefully prepared and executed by all parties, shall be filed one **(1) full week** prior to the initial scheduling conference.

IT IS SO ORDERED.

Dated:    **February 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge