# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WILLIAM TURNER, *by and through successors in interest, William Turner Jr. and Vanessa Bowler*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>Defendants. | Case No. 1:25-cv-01551-JLT-SAB<br><br>ORDER GRANTING MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 23) |

On February 17, 2026, Plaintiffs filed their first amended complaint. (ECF No. 16.) Later that day, Defendants filed a response to Plaintiffs' status report (ECF No. 15) and first amended complaint, requesting that the Court continue the initial scheduling conference because, in part, upon review of the first amended complaint, Defendants anticipated filing a dispositive motion. (ECF No. 17.) The Court agreed and continued the initial scheduling conference to April 23, 2026. (ECF No. 18.) On March 3, 2026, Defendants filed their motion to dismiss. (ECF No. 19.) On March 20, 2026, Defendants moved to continue the initial scheduling conference in light of the pending motion to dismiss. (ECF No. 23.) Defendants indicate that the reason for a motion and not a stipulation is that Plaintiffs oppose the continuance. (ECF No. 23-1.)

/ / /

The Court observes that it is its practice to not hold an initial scheduling conference with a pending dispositive motion. This save the parties, and the Court, from engaging in work that may become moot should the motion be granted. Indeed, the Court's related practice is to continue initial scheduling conferences *sua sponte* if there is a pending dispositive motion.

The Court sees no reason to deviate from its normal course of action and therefore take the matter under submission without further briefing. Should Plaintiffs seek other relief, they may file an appropriate motion. In addition, the Court cations that it does not take well litigation over administrative issues that should be worked out in good faith by the parties. That said, should a real impasse occur in the future, the Court will entertain such an issue at that time.

Accordingly, the motion to continue the initial scheduling conference is GRANTED. (ECF No. 23.) In light of the pending Motion to Dismiss (ECF No. 19), the Initial Scheduling Conference set for April 23, 2026, is CONTINUED to **August 4, 2026, at 10:00 AM**. A Joint Scheduling Report is due one (1) week before the new conference date. If a decision on the motion to dismiss is made prior to the scheduled date, the parties may request the scheduling conference be advanced by contacting the courtroom deputy.

IT IS SO ORDERED.

Dated:    **March 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2