**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF WILLIAM TURNER, *by and through successors in interest, William Turner Jr. and Vanessa Bowler*, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 1:25-cv-01551-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

On March 3, 2026, Defendants California Department of Corrections and Rehabilitation, Jeffrey Macomber, Diane Toche, Ronald Broomfield, Amar Mehta, M.D., Bryan Phillips, and Clarence Cryer Jr. filed a motion to dismiss. (Doc. 19.) On May 13, 2026, the assigned magistrate judge issued findings and recommendations granting Defendants' motion with leave to amend. (Doc. 28.) The Court advised the parties that objections were due in 14 days and that the "failure to file objections within the specified time may result in the waiver of right to challenge the magistrate's factual findings on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). No objections were filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and

recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations filed on May 13, 2026 (Doc. 28), are **ADOPTED IN FULL.**

2. The motion to dismiss is **GRANTED.**

3. Plaintiff may file a second amended complaint within thirty (30) days of this order.

IT IS SO ORDERED.

Dated:   **June 10, 2026**

UNITED STATES DISTRICT JUDGE

2